# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
SEP 17 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

MING LIAN ZHOU,

DEFENDANT(S).

CR 15 455 RS





## INDICTMENT

18 U.S.C. § 1001(a)(1) - Scheme to Conceal Material Fact from a Government Agency; 18 U.S.C. § 1951 - Interference with Commerce by Threats; 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c)- Forfeiture Allegation

---

A true bill.

_____ Foreman

Filed in open court this _17th_ day of

_September, 2015_

_____ Clerk

Bail, $ _no bail arrest_

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1001(a)(1) - Count 1: Scheme to Conceal Material Facts from a Government Agency
18 U.S.C. § 1951 - Counts 2-4: Interference with Commerce by Threats

☐ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

PENALTY: Count 1: 5 years imprisonment; 3 years supervised release; $250,000 fine; $100 special assessment
Counts 2-4: 20 years imprisonment; 3 years supervised release; $250,000 fine; $100 special assessment (per count)

*SEALED BY ORDER*

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
SEP 17 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ MING LIAN ZHOU

**DISTRICT COURT NUMBER**

CR 15 455 RS

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Department of Labor Office of the Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  BRIAN L. STRETCH
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Daniel P. Talbert (SAUSA)

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT  Bail Amount: No bail warrant

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:  Before Judge:

Comments:

BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

FILED
SEP 17 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED BY ORDER OF COURT

CR 15 455

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 1001(a)(1) – Scheme to Conceal Material Fact from a Government Agency; 18 U.S.C. § 1951 – Interference with Commerce by Threats; 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) – Forfeiture Allegation |
| v. | |
| MING LIAN ZHOU, | |
| Defendant. | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

Introductory Allegations

At all times relevant to this Indictment, with all dates being approximate and all date ranges both approximate and inclusive:

1. The United States Department of Labor (DOL) was an agency and department of the United States of America. DOL was responsible for enforcing federal labor laws, including minimum wage, overtime pay, and recordkeeping under the Fair Labor Standards Act.

2. Under the Fair Labor Standards Act, employers were required to pay nonexempt workers overtime pay of not less than one-and-one-half times the regular rate of pay after 40 hours of work in a work week.

INDICTMENT

3. Hong Kong Lounge I and Hong Kong Lounge II were restaurants located on Geary Boulevard in San Francisco, California. Hong Kong Lounge I and Hong Kong Lounge II purchased products from foreign countries and therefore were engaged in commercial activities in foreign commerce.

4. MING LIAN ZHOU resided in San Francisco, California. ZHOU held an ownership interest in Hong Kong Lounge I and Hong Kong Lounge II between February 2010 and February 2012; he managed Hong Kong Lounge I thereafter.

5. Beginning in February 2010, DOL began an investigation into whether ZHOU was paying his employees proper overtime pay in compliance with the Fair Labor Standards Act.

6. DOL concluded that ZHOU had failed to pay overtime wages to his employees, and that he therefore owed his employees back wages in the amount of $92,996.51.

7. DOL explained to ZHOU that once he paid his employees the back wages, ZHOU needed to have each employee sign a DOL Form WH-58 entitled "Receipt for Payment of Lost or Denied Wages, Employment Benefits, or Other Compensation" (WH-58). In the form, above the employee's signature line, the employee acknowledged receipt of unpaid wages under the Fair Labor Standards Act.

8. On each WH-58, the following warning appeared directly below the line for the employer's signature: **"PENALTIES INCLUDING FINES OR IMPRISONMENT ARE PRESCRIBED FOR A FALSE STATEMENT OR MISPRESENTATION UNDER U.S. CODE, TITLE 18, SEC. 1001."**

9. In April 2012, ZHOU returned 48 WH-58s to DOL, certifying on each WH-58 that ZHOU had paid each employee the unpaid wages under the Fair Labor Standards Act. In fact, ZHOU had not paid the back wages as directed by DOL to any employee.

10. In December 2012, DOL received a complaint from employee H.L.M. stating that H.L.M. had not received his check from ZHOU. DOL then mailed each employee a DOL Form WH-59 (WH-59) requesting the employees to state on the WH-59 whether they had received back wages owed to them, and then return the WH-59 to DOL.

11. In December 2012, ZHOU directed his employees to complete the WH-59s by stating that they had received the wages, even though ZHOU knew that the employees had not received the

INDICTMENT                                         2

1 wages. ZHOU further directed his employees to send the WH-59s back to DOL.

2     12. In March 2013, DOL directed ZHOU to provide two cashier's checks to DOL in the amount of $69,796.40 and $40,000 to repay the underpaid employees. ZHOU did so. DOL then issued individual checks to each underpaid employee.

    13. Between June 2013 and August 2013, ZHOU asked his employees to kick back the money they received from DOL to him. When employees failed to kick back their wages to ZHOU, ZHOU changed their schedules, reduced their hours, or eventually terminated the employees.

COUNT ONE:     (18 U.S.C. § 1001(a)(1)—Scheme to Conceal Material Fact from a Government Agency)

    14. Paragraphs 1 through 13 of this Indictment are re-alleged and incorporated as though fully set forth here.

    15. Between February 2012 and August 2013, in the Northern District of California and elsewhere, the defendant,

MING LIAN ZHOU,

knowingly and willfully falsified, concealed, and covered up by trick, scheme, and device a material fact in a matter within the jurisdiction of the executive branch of the Government of the United States, specifically, the Department of Labor, in part by making, and causing to be made, false statements to DOL that he had paid his employees the back wages DOL had directed him to pay, and thus concealing from DOL the material fact that he had not in fact paid the employees the back wages owed.

All in violation of Title 18, United States Code, Section 1001(a)(1).

COUNT TWO: (18 U.S.C. § 1951 – Interference with Commerce by Threats)

    16. Paragraphs 1 through 13 of this Indictment are re-alleged and incorporated as though fully set forth here.

    17. On or about June 22, 2013, in the Northern District of California, the defendant,

MING LIANG ZHOU,

did obstruct, delay, and affect and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in Title 18, United States

INDICTMENT     3

1  Code, Section 1951, that is, ZHOU obtained and attempted to obtain the property of Y.Y.Y., with
2  Y.Y.Y.'s consent induced by the wrongful use of fear of economic loss.
3  All in violation of Title 18, United States Code, Section 1951.
4  COUNT THREE: (18 U.S.C. § 1951 – Interference with Commerce by Threats)
5  18. Paragraphs 1 through 13 of this Indictment are re-alleged and incorporated as though
6  fully set forth here.
7  19. Between on or about July 25, 2013, and August 16, 2013, in the Northern District of
8  California, the defendant,

MING LIANG ZHOU,

did attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in Title 18, United States Code, Section 1951, that is, ZHOU attempted to obtain the property of H.L.M., with H.L.M.'s consent induced by the wrongful use of fear of economic loss.

All in violation of Title 18, United States Code, Section 1951.

COUNT FOUR: (18 U.S.C. § 1951 – Interference with Commerce by Threats)

20. Paragraphs 1 through 13 of this Indictment are re-alleged and incorporated as though fully set forth here.

21. Between on or about July 26, 2013, and August 25, 2013, in the Northern District of California, the defendant,

MING LIANG ZHOU,

did attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in Title 18, United States Code, Section 1951, that is, ZHOU attempted to obtain the property of J.F.S., with J.F.S.'s consent induced by the wrongful use of fear of economic loss.

All in violation of Title 18, United States Code, Section 1951.

//
//
//

INDICTMENT                                              4

1  FORFEITURE ALLEGATION:    (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))
2       22.    The factual allegations set forth in paragraphs 1 through 21 are re-alleged and
3  incorporated as if fully set forth here for the purpose of alleging forfeiture pursuant to Title 18, United
4  States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).
5       23.    Upon conviction of Counts Two, Three, or Four in the Indictment, the defendant,
6                              MING LIAN ZHOU,
7  shall forfeit to the United States of America pursuant to Title 18, United States Code, Section
8  981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which
9  constitutes or is derived from proceeds traceable to the offense.
10      24.    If any of the aforementioned property described above, as a result of any act or omission
11 of the defendant:
12          a.   cannot be located upon the exercise of due diligence;
13          b.   has been transferred or sold to, or deposited with, a third party;
14          c.   has been placed beyond the jurisdiction of the court;
15          d.   has been substantially diminished in value; or
16          e.   has been commingled with other property which cannot be divided without
17               difficulty;
18 the United States shall be entitled to substitute property pursuant to Title 21, United States Code, Section
19 853(p), as incorporated by Title 28, United States Code, Section 2461(c).
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

INDICTMENT                             5

1  All in violation of Title 18, United States Code, Sections 981(a)(1)(C), Title 28, United States
2  Code, Section 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

5  DATED:
6  September 17, 2015                A TRUE BILL

                                     _____
                                     FOREPERSON

9  BRIAN J. STRETCH
   Acting United States Attorney

11 *(signature)*
12 PHILIP A. GUENTERT
   Deputy Chief, Criminal Division

14 (Approved as to form: _____
                         DANIEL P. TALBERT
15                       Special Assistant U.S. Attorney

INDICTMENT                           6