RICHARD TAMOR
TAMOR & TAMOR
ATTORNEYS AT LAW
 The Sierra Building
 311 Oak Street, Suite 108
 Oakland, CA  94607
 Telephone:  (415) 655-1969
 Fax:  (415) 887-7658
 E-Mail:  rtamor@TamorLaw.com
*Attorneys for Ming Zhou*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  CR 15 00455 RS |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | EXCLUDING TIME FROM OTHERWISE |
| v. ) | APPLICABLE SPEEDY TRIAL ACT |
| ) | CALCULATION |
| MING LIAN ZHOU ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

### STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1.     The parties appeared before the Court on November 10, 2015, at 2:30 p.m. for a status hearing.  Mr. Zhou was represented by Richard Tamor.  Special Assistant United States Attorneys Daniel Talbert and Katherine M. Lloyd-Lovett appeared for the Government.  The parties requested a continuance of the matter, with time excluded for effective preparation of counsel to December 15, 2015.

2.     On November 11, 2015, the Court signed an order excluding time until December 15, 2015.

3.     On December 11, 2015, the Court signed an order excluding time until January 12, 2016.

3.     Undersigned counsel for Mr. Zhou has almost completed reviewing the discovery

STIP. AND ORDER EXCLUDING TIME            1
CR 15-00455 RS

produced by the government with Mr. Zhou. However, given the Holidays and because Mr. Zhou is a native Cantonese speaker, we have not completed this process. In addition, undersigned counsel has also made significant progress since the last stipulated continuance in investigating this matter, but again, because virtually all of the relevant witnesses in this matter are native Cantonese speakers, defense investigation is still not complete.

3. Accordingly, with the Court's permission, the parties hereby agree and stipulate to continue the status conference currently scheduled for January 12, 2016, at 2:30 p.m. to February 16, 2016 at 2:30 p.m. The parties also respectfully submit and agree that the period from January 12, 2016 through and including February 16, 2016, should be excluded from the otherwise applicable Speedy Trial Act computation because the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence.

4. The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. §3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED: January 8, 2016              BRIAN J. STRETCH
                                    Acting United States Attorney


                                           /s/
                                    KATHERINE M. LLOYD-LOVETT
                                    Special Assistant United States
                                    Attorney


DATED: January 8, 2016

                                           /s/
                                    RICHARD TAMOR
                                    Counsel for Ming Lian Zhou

#### [~~PROPOSED~~] ORDER

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from January 12, 2016 through and including February 16, 2016 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on February 16, 2016 at 2:30 p.m. for further status conference.

2. The period from January 12, 2016, through and including February 16, 2016 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 1/8/16

HON. RICHARD SEEBORG
United States District Judge