RICHARD TAMOR
TAMOR & TAMOR
ATTORNEYS AT LAW
 The Sierra Building
 311 Oak Street, Suite 108
 Oakland, CA  94607
 Telephone:  (415) 655-1969
 Fax:  (415) 887-7658
 E-Mail:  rtamor@TamorLaw.com
*Attorneys for Ming Zhou*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR 15 00455 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM OTHERWISE APPLICABLE SPEEDY TRIAL ACT CALCULATION |
| v. | |
| MING LIAN ZHOU | |
| Defendants. | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties appeared before the Court on November 10, 2015, at 2:30 p.m. for a status hearing.  Mr. Zhou was represented by Richard Tamor.  Special Assistant United States Attorneys Daniel Talbert and Katherine M. Lloyd-Lovett appeared for the Government.  The parties requested a continuance of the matter, with time excluded for effective preparation of counsel to December 15, 2015.

2. On November 11, 2015, the Court signed an order excluding time until December 15, 2015.

3. On December 11, 2015, the Court signed an order excluding time until January 12, 2016.

4. On January 8, 2016, the Court signed an order continuing the status conference and

1 | excluding time until February 16, 2016.

2 |      5.     On February 16, 2016, the parties appeared before the Court and informed the Court of
3 | the status of the case. After the status conference, the Court continued the matter for March 22, 2016
4 | and on February 17, 2016, the Court signed an order excluding time until March 22, 2016.

5 |      6.     Undersigned counsel for Mr. Zhou has completed reviewing the discovery produced by
6 | the government with Mr. Zhou and has completed investigating this matter.

7 |      7.     The parties have been in active settlement discussions in this matter and the parties
8 | jointly request a further continuance of the status conference/trial setting of this matter to complete this
9 | process.

10 |      8.     In addition, undersigned counsel for Mr. Zhou is currently scheduled on June 6, 2016, for
11 | a 3-5 month 11 co-defendant RICO murder trial before Judge Orrick in *United States v. Barry Gilton, et*
12 | *al.*, CR-13-764-WHO. However, this trial date may be effected by a decision of the Ninth Circuit Court
13 | of Appeals on the government's interlocutory appeal. Judge Orrick has set a control date of April 22,
14 | 2016, to determine whether the current June 16, 2016, trial will remain unchanged or continued. Thus,
15 | after April 22, 2016, undersigned counsel for Mr. Zhou will have a more realistic picture of his trial
16 | schedule for the rest of the year and would then be able to set a realistic trial date for Mr. Zhou's matter
17 | should the parties not reach a resolution.

18 |      9.     Accordingly, with the Court's permission, the parties hereby agree and stipulate to
19 | continue the status conference currently scheduled for March 22, 2016, at 2:30 p.m. to May 3, 2016 at
20 | 2:30 p.m. The parties also respectfully submit and agree that the period from March 22, 2016 through
21 | and including May 3, 2016, should be excluded from the otherwise applicable Speedy Trial Act
22 | computation because the continuance is necessary for effective preparation and continuity of counsel,
23 | taking into account the exercise of due diligence.

24 |      4.     The parties concur that granting the exclusion would allow the reasonable time necessary
25 | for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. §3161(h)(7)(B)(iv). The
26 | parties also agree that the ends of justice served by granting such an exclusion of time for the purposes
27 | of effective preparation of counsel outweigh the best interests of the public and the defendant in a
28 | speedy trial. 18 U.S.C. § 3161(h)(7)(A).

STIP. AND ORDER EXCLUDING TIME      2
CR 15-00455 RS

IT IS SO STIPULATED.

DATED: March 21, 2016

BRIAN J. STRETCH
Acting United States Attorney

/s/
KATHERINE M. LLOYD-LOVETT
Special Assistant United States Attorney

DATED: March 21, 2016

/s/
RICHARD TAMOR
Counsel for Ming Lian Zhou

### [PROPOSED] ORDER

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from March 22, 2016, through and including May 3, 2016, outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on May 3, 2016 at 2:30 p.m. for further status conference.

2. The period from March 22, 2016, through and including May 3, 2016 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 3/21/16

HON. RICHARD SEEBORG
United States District Judge

STIP. AND ORDER EXCLUDING TIME        3
CR 15-00455 RS