RICHARD TAMOR
Tamor & Tamor
The Sierra Building
311 Oak Street, Suite 108
Oakland, CA 94607
Tel: 415-655-1969
Fax: 415-887-7658
Email: rtamor@TamorLaw.com

Attorneys for MING LIANG ZHOU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    vs.<br><br>MING LIANG ZHOU,<br><br>       Defendant. | Case No.: CR 15-00455 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING FROM JANUARY 17, 2017, TO FEBRUARY 21, 2017 |

The parties agree and stipulate as follows:

1. Defendant Ming Liang is currently scheduled to be sentenced before this Court on January 17, 2016 at 2:30 p.m.

2. Because of undersigned defense counsel's schedule during the holidays as well as the schedules of individuals from whom counsel requested information for the Pre-Sentence Report, and subsequent miscommunication with the U.S. Probation Office, a Pre-Sentence Report has not yet been prepared in this matter. Defense counsel would like to present further

materials to U.S. Probation prior to the preparation of a draft Pre-Sentence Report.

3. With the Court's Permission, Defense Counsel, Government's Counsel, and U.S. Probation are available for sentencing on February 21, 2016 at 2:30 p.m. and would request and hereby stipulate that Mr. Zhou's sentencing be continued to that date.

DATED: _1/3/2017_____          _____/s/_____
                                                                RICHARD TAMOR
                                                                Counsel for MING LIANG ZHOU

DATED: _1/3/2017_____          _____/s/_____
                                                                JOHN HEMANN
                                                                Assistant United States Attorney
                                                                Counsel for the United States

## [~~PROPOSED~~] ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED THAT:**

The Court continues the sentencing hearing for Ming Liang Zhou from January 17, 2017, to February 21, 2017, at 2:30 pm in Oakland, California.

DATED: January _3_, 2017                    _____
                                                                HON. RICHARD SEEBORG
                                                                United States District Judge